# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| LUV N' CARE, LTD. | * | CIVIL ACTION NO. 17-1592 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| PRECIOUS MOMENTS, INC. | * | MAG. JUDGE KAREN L. HAYES |

# RULING

Pending before the Court is a Motion to Dismiss, Motion for More Definite Statement and Motion to Strike [Doc. No. 19] filed by Plaintiff Luv N' Care, Ltd. ("LNC"). On May 29, 2018, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 38] I which she recommended the following:

> The court finds that Count IV of PMI's counterclaim fails to state a claim for relief under the common law of the State of Louisiana. However, the court is obliged to "freely" grant leave to amend "when justice so requires." FED. R. CIV. P. 15(a)(2). Furthermore, "[d]istrict courts often afford plaintiffs at least one opportunity to cure pleading deficiencies before dismissing a case, unless it is clear that the defects are incurable . . . " *Great Plains Trust Co. v. Morgan Stanley Dean Witter & Co*., 313 F.3d 305, 329 (5th Cir. 2002). Here, it is conceivable that PMI can cure Count IV of its counterclaim via amendment. Accordingly, the instant recommendation for dismissal of Count IV is subject to PMI's opportunity to seek leave of court to amend its counterclaim with a proposed pleading that cures the deficient allegations – within the deadline to file objections to this report and recommendation.
>
> Conversely, PMI has alleged sufficient facts to raise a reasonable expectation that discovery will reveal evidence to support the elements of its Count V breach of contract claim. *Twombly, supra*. Accordingly,
>
> IT IS RECOMMENDED that defendant-in-counterclaim Luv N' Care, LTD'[s] motion to dismiss for failure to state a claim upon which relief can be granted [doc. # 19] be GRANTED-IN-PART, and that, absent timely amendment, Count IV of Precious Moments, Inc.'s counterclaim be DISMISSED, WITH PREJUDICE.

     IT IS FURTHER RECOMMENDED that the remainder of the compound motion to dismiss, for more definite statement, and to strike [doc. # 19] be DENIED.

[Doc. No. 38, pp. 10-11].

     On June 12, 2018, Precious Moments, Inc., moved for leave of Court to file an Answer and Amended Counterclaim [Doc. No. 39]. Magistrate Judge Hayes granted that motion on June 13, 2018, and the Answer and Amended Counterclaim were filed in the record of this matter. [Doc. Nos. 40 & 41].

     Accordingly, after having reviewed and considered the Report and Recommendation of Magistrate Judge Hayes, noting the absence of objections in the record, the Court hereby ADOPTS IN PART and DECLINES TO ADOPT IN PART Magistrate Judge Hayes' recommendations. In light of the filing of the Amended Counterclaim, the Court DECLINES TO ADOPT her recommendation that LNC's motion to dismiss be granted in part and Count IV of Precious Moment, Inc.'s Counterclaim be dismissed. The Court otherwise ADOPTS Magistrate Judge Hayes' recommendations. LNC's compound motion is DENIED.

     MONROE, LOUISIANA, this 14th day of June, 2018.

                                          TERRY A. DOUGHTY
                                    UNITED STATES DISTRICT JUDGE