# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| LUV N' CARE, LTD. | * | CIVIL ACTION NO. 17-1592 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| PRECIOUS MOMENTS, INC. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge, to the extent adopted, and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED that Defendant-in-Counterclaim Luv N' Care, Ltd's compound motion to dismiss, for more definite statement, and to strike [Doc. No. 19] is DENIED.

MONROE, LOUISIANA, this 14th day of June, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE